UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-CV-80733-ROSENBERG/HOPKINS

JANET HOYT,

    Plaintiff,

v.

LAWRENCE GAS & OIL, INC.,
d/b/a SHELL,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal at docket entry 5.

In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 1st day of June, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record